Chris NELSEN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Robert E. NELSEN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10809.

United States Court of Appeals Sixth Circuit.

Oct. 12, 1949.

J. Emmett Tunney, Detroit, Mich., and W. J. Beer, Royal Oak, Mich., Hugh W. Allin and J. Emmett Tunney, Detroit, Mich., for petitioners.

Harry Marselli, Washington, D. C., Theron L. Caudle, Charles Oliphant and John W. Smith, Washington, D. C., for respondent.

Before HICKS, Chief Judge, ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel.

And it appearing that the record presents primarily questions of fact upon which the Tax Court made careful and detailed findings;

And it appearing that the findings and conclusions of the Tax Court are amply supported by the record:

It is ordered that the decision of the Tax Court be, and it hereby is, affirmed.